UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARMAND ANDREOZZI,<br><br>                Petitioner,<br>    v.<br><br>MANAGER, SEATTLE RESIDENTIAL REENTRY MANAGEMENT,<br><br>                Respondent. | CASE NO. 2:23-cv-01106-JNW-GJL<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

This is a federal habeas action filed pursuant to 28 U.S.C. § 2241. Before the Court is the United States' Motion for an Extension of Time to file an Answer. Dkt. 9. Upon review, the Court finds the United States has shown good cause and **GRANTS** the Motion. Dkt. 9. The United States may file its Answer to the habeas petition on or before November 27, 2023.

Dated this 1st day of November, 2023.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION
OF TIME TO FILE ANSWER - 1