UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARMAND ANDREOZZI,

                Petitioner,

    v.

MANAGER, SEATTLE RESIDENTIAL REENTRY MANAGEMENT,

                Respondent.

CASE NO. 2:23-cv-01106-JNW-GJL

ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER

      This is a federal habeas action filed pursuant to 28 U.S.C. § 2241. Before the Court is the United States' Second Motion for an Extension of Time to file an Answer. Dkt. 16. Petitioner opposes the Motion. *See* Dkt. 17. Upon review of the Motion, Petitioner's response, and the remaining record, the Court finds the United States has shown good cause and **GRANTS** the Second Motion. Dkt. 16.

//

//

ORDER GRANTING SECOND MOTION FOR
EXTENSION OF TIME TO FILE ANSWER - 1

1      The United States may file its Answer to the Habeas Petition on or before January 26, 2024.

3      Dated this 13th day of December, 2023.

Grady J. Leupold
United States Magistrate Judge