UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARMAND ANDREOZZI,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>MANAGER, SEATTLE RESIDENTIAL REENTRY MANAGEMENT ,<br><br>　　　　　　　Respondent. | CASE NO. 2:23-cv-01106-JNW-GJL<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

This federal habeas action filed pursuant to 28 U.S.C. § 2241 has been referred to United States Magistrate Judge Grady J. Leupold. Before the Court is Petitioner's Motion for Extension of Time to File Reply to Respondent's Response to his Petition. Dkt. 21. Respondent does not oppose the requested extension. *See* Dkt. 22. Upon review, the Court finds Petitioner has shown good cause and **GRANTS** the Motion for an extension. Dkt. 21. The Clerk of Courts is directed to **RENOTE** the Response (Dkt. 20) for consideration on **March 5, 2024**.

//

//

//

ORDER ON MOTION FOR EXTENSION OF
TIME - 1

Petitioner may file a reply to the Response filed by Respondent on or before **that date**.

Dated this 13th day of February, 2024.

_____
Grady J. Leupold
United States Magistrate Judge

ORDER ON MOTION FOR EXTENSION OF TIME - 2