UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARMAND ANDREOZZI,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>MANAGER, SEATTLE RESIDENTIAL REENTRY MANAGEMENT ,<br><br>　　　　　　　Respondent. | CASE NO. 2:23-cv-01106-JNW-GJL<br><br>ORDER ON MOTION FOR EXTENSION OF TIME |

This federal habeas action filed pursuant to 28 U.S.C. § 2241 has been referred to United States Magistrate Judge Grady J. Leupold. Before the Court is Petitioner's second Motion for Extension of Time to File Reply to Respondent's Response to his Petition.[1] Dkt. 25. Petitioner's extended deadline to file his reply elapsed on March 5, 2024, with nothing filed. Dkt. 23. On March 7, 2024, Petitioner filed the instant motion requesting an additional week to prepare and file his reply. Dkt. 25. Petitioner represents that "external circumstances" prevented him from filing a timely reply and that he will not seek further extensions. *Id.*

---

[1] Because principles of judicial economy and fairness favor an expeditious resolution to this matter, the Court considers the instant Motion before the noting date.

ORDER ON MOTION FOR EXTENSION OF
TIME - 1

Out of an abundance of caution, the Court **GRANTS** Petitioner's Motion for an Extension. Petitioner may file a reply to the Response (Dkt. 20) on or before **March 12, 2024**. The Clerk of Courts is directed to **RENOTE** the Response for consideration on **that date.**

Dated this 8th day of March, 2024.

Grady J. Leupold
United States Magistrate Judge